ACCEPTED
01-15-00052-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 3:50:19 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00052-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 3:50:19 PM

CHRISTOPHER A. PRINE
Clerk

HARRIS COUNTY, TEXAS,
Appellant
v.

GERALD KNAPP & NARCISO AURIOLES,
Appellees

On Appeal from the 333rd Judicial District
Court of Harris County, Texas
Trial Court Cause No. 2012-20003

HARRIS COUNTY'S FIRST UNOPPOSED MOTION TO EXTEND
TIME IN WHICH TO FILE ITS BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, Harris County, Texas (the "County"), respectfully requests the Court to extend the time in which to file its Appellant's Brief in this cause under the authority of Rule 38.6(d) of the Texas Rules of Appellate Procedure, and in support of this motion it would show this Court the following:

1.    This is the Appellant's first request for an extension of time to file its brief.

2.    The Appellant's Brief was due on March 19, 2015. This is not an accelerated or preferential appeal.

1

3. The County is requesting an extension of thirty (30) days. A thirty-day extension would make the Appellant's Brief due on April 18, 2015, or April 20, 2015 since the 18th falls on a Saturday.

4. The undersigned has conferred with Mr. Lannie and Mr. Cersonsky, counsel for Appellees. Mr. Lannie is unopposed to this motion on the merits. Mr. Cersonsky was unable to return our call inquiring about his feelings on the merits in the time available.

5. Counsel for the County has recently completed another brief. On March 13, 2015, Counsel filed a brief on the merits in *Harris County, Texas v. Tracey Ellis & Gerald Gambichler*, No. 14-14-00771-CV in the Fourteenth Court of Appeals. Further, Counsel missed the notice that the reporter had filed the Reporter's Record, and therefore had not recognized or calendared the due date for the brief in this case. In fact, Counsel has retrieved from the Court a copy of the record on appeal today.

6. Counsel for the County requests this extension because he needs more time to adequately brief the issues raised in this appeal. The undersigned understands the importance of deadlines and is not requesting this extension for reasons of delay.

WHEREFORE, PREMISES CONSIDERED, the County respectfully requests the Court to extend the time for filing its Appellant's Brief in this cause by thirty days, or until April 20, 2015.

Respectfully submitted,

*/s/ Michael R. Hull*

OF COUNSEL:         MICHAEL R. HULL

VINCE RYAN        Senior Assistant County Attorney

SBN: 24003733

County Attorney      1019 Congress, 15th Floor

Harris County, Texas    Houston, Texas 77002

(713) 274-5138 (telephone)

(713) 755-8828 (facsimile)

michael.hull@cao.hctx.net (e-mail)

ATTORNEY FOR APPELLANT
HARRIS COUNTY, TEXAS

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), this is to certify that the undersigned attorney has conferred with Counsel for Appellees, Mr. Scott Lannie and Mr. James Cersonsky.  Mr. Lannie is unopposed to this motion on the merits.  Mr. Cersonsky was unable to return our call inquiring about his feelings on the merits in the time available.

*/s/ Michael R. Hull*
MICHAEL R. HULL
Sr. Assistant County Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of March, 2015, a true and correct copy of the foregoing *Harris County's First Unopposed Motion to Extend Time in which to File its Brief* was served via electronic service, on the following:

**<u>Attorney for Plaintiff Knapp</u>**
Scott C. Lannie
LAW OFFICES OF SCOTT C. LANNIE, P.C.
4000 Garth Road, Suite 150
Baytown, Texas 77521
(281) 303-8280 (facsimile)
sclannie@aol.com

**<u>Attorney for Defendant Aurioles</u>**
James A. Cersonsky
SOULE, BALDWIN & FANAFF
11200 Richmond, Suite 250
Houston, Texas 77082
(281) 752-6329 (facsimile)

*/s/ Michael R. Hull*
MICHAEL R. HULL
Sr. Assistant County Attorney
